UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ERIC JAMES LANGLOIS,

    Defendant.

_____/

Case: 2:23-cr-20369
Assigned To : Parker, Linda V.
Referral Judge: Stafford, Elizabeth A.
Assign. Date : 6/27/2023
Description: INDI USA V. LANGLOIS (DA)

Violations:   18 U.S.C. § 922(g)(1);
                18 U.S.C. § 922(o);
                26 U.S.C. § 5861(c);
                26 U.S.C. § 5861(f)

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
18 U.S.C. § 922(g)(1)
*Felon in Possession of a Firearm*

On or about May 17, 2023, in the Eastern District of Michigan, Southern Division, the defendant, Eric Langlois, knowing that he had been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting interstate commerce, a firearm, that is one (1) Sccy CPX-2 9mm pistol, in violation of Title 18, United States Code, Section 922(g)(1).

1

## COUNT TWO
18 U.S.C. § 922(o)
*Possession of Machine Guns*

On or about May 17, 2023, in the Eastern District of Michigan, Southern Division, the defendant, Eric Langlois, did knowingly possess machineguns, that is: one (1) white machine gun conversion device; one (1) black AR styled receiver without serial number or brand markings with attached buttstock; and one (1) black and white EP Armory AR styled rifle receiver with "auto" fire milling without a serial number, in violation of Title 18, United States Code, Section 922(o) and 924(a)(2).

## COUNT THREE
26 U.S.C. § 5861(c)
*Possession of Firearm Made in Violation of National Firearms Act*

On or about May 17, 2023, in the Eastern District of Michigan, Southern Division, the defendant, Eric Langlois, did knowingly possess firearms, that is: one (1) metal Mossberg Maverick Model 88 12-gauge receiver and short barrel; and two (2) suspected improvised explosive devices, in violation of Title 26, United States Code, Sections 5822, 5861(c), and 5871.

## FORFEITURE ALLEGATION
18 U.S.C. § 924(d) and 28 U.S.C. § 2461
*Criminal Forfeiture*

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18 United States Code Section 924(d) and Title 28, United States Code, Section 2461.

Upon conviction of the offenses charged in Counts 1-3 of this Indictment, Defendant Eric Langlois shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d)(1), 49 U.S.C. § 80303, 26 U.S.C. § 5872, and 28 U.S.C. § 2461(c), any firearm or ammunition involved in or used in any knowing violation of said offense, including but not limited to:

1) one (1) Sccy CPX-2 9mm pistol serial number C3262751;

2) one (1) white machine gun conversion device;

1) one (1) black AR styled receiver without serial number or brand markings with attached buttstock;

2) one (1) black and white EP Armory AR styled rifle receiver with "auto" fire milling without a serial number;

1) one (1) metal Mossberg Maverick Model 88 12-gauge receiver and short barrel with serial number MV18632D;

2) two (2) suspected improvised explosive devices.

THIS IS A TRUE BILL.

*s/ Grand Jury Foreperson*
Grand Jury Foreperson

DAWN N. ISON
United States Attorney

*s/ Brandy R. McMillion*
BRANDY R. McMILLION
Chief, General Crimes Unit
Assistant United States Attorney

*s/ Jasmine Ayana Moore*
JASMINE AYANA MOORE
Assistant United States Attorney

June 27, 2023:

4

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover | Case: 2:23-cr-20369<br>Assigned To : Parker, Linda V.<br>Referral Judge: Stafford, Elizabeth A.<br>Assign. Date : 6/27/2023<br>Description: INDI USA V. LANGLOIS (DA) |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete

| | Companion Case Number: |
|---|---|
| This may be a companion case based upon LCrR 57.10 (b)(4)[1]: | Judge Assigned: |
| ☐ Yes      ☒ No | AUSA's Initials: _JAM_ |

**Case Title:** USA v. Eric James Langlois

**County where offense occurred :** Wayne

**Check One:**   ☒ Felony      ☐ Misdemeanor      ☐ Petty

____Indictment/____Information --- no prior complaint.
_✓_Indictment/____Information --- based upon prior complaint [Case number: 23-mj-30204     ]
____Indictment/____Information --- based upon LCrR 57.10 (d) *[Complete Superseding section below]*.

**Superseding Case Information**

**Superseding to Case No:** _____    **Judge:** _____

☐ Corrects errors; no additional charges or defendants.
☐ Involves, for plea purposes, different charges or adds counts.
☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.

June 27, 2023
Date

Jasmine Ayana Moore
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: 313-226-9759
Fax:   313-226-2311
E-Mail address: Jasmine.Moore@usdoj.gov
Attorney Bar #: P82181

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.