

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION



UNITED STATES OF AMERICA,

    Plaintiff,

v.

ERIC JAMES LANGLOIS,

    Defendant.

_____/

Case No. 23-cr-20369

Hon. Terrence G. Berg

## DEFENDANT'S ACKNOWLEDGMENT OF INDICTMENT

I, ERIC JAMES LANGLOIS, defendant in this case, hereby acknowledge that I have received a copy of the Indictment before entering my plea and that I have read it and understand its contents.

I know that if I am convicted or plead guilty, I may be sentenced as follows:

### Count One

18 U.S.C. § 922(g)(1), *Felon in Possession of a Firearm*

    Punishable by up to 15 years' incarceration, $250,000 fine, or both.

### Count Two

18 U.S.C. § 922(o), *Possession of Machine Guns*

    Punishable by up to 10 years' incarceration, $250,000 fine, or both

## Count Three

26 U.S.C. § 5861(c), *Possession of Firearm Made in Violation of National Firearms Act.*

Punishable by up to 10 years' incarceration, $10,000 fine, or both.

_____
ERIC JAMES LANGLOIS
Defendant

Date: 7/7/23

## ACKNOWLEDGMENT OF DEFENSE COUNSEL

      I acknowledge that I am counsel for defendant and that I have received a copy of the Standing Order for Discovery and Inspection which requires all pre-trial motions to be filed within twenty (20) days of arraignment.

_____
JEAN PIERRE NOGUES
Counsel for Defendant

Date: 7/7/23