UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,        CASE NO. 23-CR-20369
                                        HON. TERRENCE G. BERG

v.

ERIC JAMES LANGLOIS,

        Defendant.

_____/

## GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION TO EXTEND THE SCHEDULING ORDER (ECF NO. 18)

On June 27, 2023, Defendant Eric James Langlois was charged via Indictment with several violations of the United States Code (ECF No. 12), and shortly after that, this Court issued a scheduling order (ECF No. 17). On July 17, 2023, Langlois filed a motion to extend the scheduling order dates. (ECF No. 18.) The Government has no objection to the requested 90-day continuance of dates. However, pursuant to the 18 U.S.C. §§ 3161(h)(7)(A) and (B), the Government requests that if this Court grant such continuance on the basis of its findings that the ends of justice served by taking such action outweigh the best interest of the

public and the defendant in a speedy trial, that the Court find the time between the date of Langlois' motion, July 17, 2023, and the new trial date excludable.

Accordingly, the Government requests that the Court grant in part and deny in part Langlois' motion.

>Respectfully Submitted,
>
>DAWN N. ISON
>United States Attorney
>
>*/s/ Jasmine Ayana Moore*
>JASMINE AYANA MOORE
>Assistant United States Attorney
>211 W. Fort Street, Suite 2001
>Detroit, MI 48226
>Phone: (313) 226-9759
>E-Mail: jasmine.moore@usdoj.gov

Date: July 24, 2023

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 24, 2023. I had the foregoing electronically filed with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

*/s/ Jasmine Ayana Moore*
Jasmine Ayana Moore
Assistant U.S. Attorney
